```
 1
 2
 3
 4
 5
 6                    UNITED STATES DISTRICT COURT
 7                   EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,       )   1:07-cr-0140 OWW
                                    )   1:05-cr-0161 OWW
10              Plaintiff,          )
                                    )   ORDER TERMINATING JUVENILE
11       v.                         )   STATUS AND FOR TRANSFER TO
                                    )   ADULT CUSTODY
12  M.R., juvenile,                 )
                                    )
13              Defendant.          )
   _____)
14                                  )
    UNITED STATES OF AMERICA,       )
15                                  )
                Plaintiff,          )
16                                  )
         v.                         )
17                                  )
    MARK REYES, et al.,             )
18                                  )
                Defendants.         )
19                                  )
   _____)
20
21
22       Upon the motion of the government and the knowing and
23  voluntary waiver joined in by counsel, the juvenile, M.R.,
24  consents to the government's motion to transfer this case for
25  adult proceedings and agrees that all further proceedings against
26  him shall be conducted under Case Number 1:05-cr-161 OWW, *United
27  States v. Mark Reyes*, in which he has entered a guilty plea as an
28  adult.
```

1

    Pursuant to the agreement of the parties, a change of plea to a new information was entered December 12, 2007, in open court, by the former juvenile, Mark Reyes, now age 20, as an adult.

    IT IS ORDERED that the government's motion to treat this Defendant, M.R., as an adult, is GRANTED.

    All further proceedings against the Defendant, Mark Reyes, an adult, shall be conducted in Case Number 1:05-cr-161 OWW. Juvenile case 1:07-cr-0140 OWW shall be administratively closed.

    Under separate cover, the court has issued an order transferring Defendant, Mark Reyes,' custodial status from that of juvenile custody to adult custody at the Fresno County Jail.

IT IS SO ORDERED.

Dated:   December 14, 2007            /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE