```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-CR-0161 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARK REYES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Having read and considered the parties' stipulation to vacate the current sentencing hearing date of March 3, 2008, in this matter,

IT IS THE ORDER of the Court that the current hearing date is hereby vacated, the matter is reset for March 31, 2008, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   January 31, 2008**          /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

1